IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Medical Administration Solutions, LLC**, and David Owens, <br><br> Plaintiffs, <br><br> vs. <br><br> **Truist Bank Inc, and Todd Zerbenski**, <br><br> Defendants. | ) <br> ) <br> ) **CIVIL ACTION NO.** <br> ) **1:23-cv-05120-MHC** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' MOTION TO STAY DISCOVERY AND PRE-TRIAL DEADLINES

Defendants Truist Bank and Todd Zerbenski hereby file this Motion to Stay Discovery and Pre-Trial Deadlines in light of Defendants' pending Motion to Dismiss Plaintiffs' Amended Complaint. (*See* Doc. 14). In support of this Motion, Defendants incorporate their Memorandum of Law contemporaneously filed herewith.

WHEREFORE, Defendants respectfully request that the Court grant this Motion to Stay Discovery and Pre-Trial Deadlines.

Respectfully submitted this 8th day of January, 2024.

                                       **BRADLEY ARANT BOULT CUMMINGS LLP**

                                       */s/ Nancy H. Baughan*
                                       Nancy H. Baughan
                                       Georgia Bar No. 042575
                                       Chase C. Lyndale

Georgia Bar No. 183762
nbaughan@bradley.com
clyndale@bradley.com

Promenade Tower
1230 Peachtree Street NE
Atlanta, GA  30309
(404) 868-2013
(404) 868-2010 (facsimile)

*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in accordance with Local Rule 5.1(B).

                          */s/ Nancy H. Baughan*
                          Nancy H. Baughan

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Medical Administration Solutions, LLC**, **and David Owens**,  )<br>)<br>Plaintiffs,   )<br>)<br>vs.   )<br>)<br>**Truist Bank Inc, and Todd Zerbenski**,   )<br>)<br>Defendants.   ) | **CIVIL ACTION NO.**<br>**1:23-cv-05120-MHC** |

### CERTIFICATE OF SERVICE

I certify that I have on this day served a true copy of the foregoing **DEFENDANTS' MOTION TO STAY DISCOVERY AND PRE-TRIAL DEADLINES** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to all counsel of record.

This 8th day of January, 2024.

/s/ Nancy H. Baughan
Nancy H. Baughan