IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MEDICAL ADMINISTRATION SOLUTIONS LLC and DAVID OWENS,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUIST BANK INC. and TODD ZERBENSKI,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:23-CV-5120-MHC |

## ORDER

This case comes before the Court on Defendants' Motion to Stay Discovery and Pre-Trial Deadlines [Doc. 15]. Plaintiffs' failure to respond to the Motion indicates that it is unopposed. See Kramer v. Gwinnett Cnty., 306 F. Supp. 2d 1219, 1221 (N.D. Ga. 2004) ("[A] party's failure to respond to any portion or claim in a motion indicates such portion, claim or defense is unopposed"); LR 7.1B, NDGa. ("Failure to file a response shall indicate that there is no opposition to the motion.").

For good cause shown, it is hereby **ORDERED** that Defendants' Motion to Stay Discovery and Pre-Trial Deadlines [Doc. 15] is **GRANTED**. All discovery in

this case, as well as other pretrial deadlines (e.g., the Rule 26(f) Early Planning Conference, the Joint Preliminary Report and Discovery Plan, and the Initial Disclosures), shall be **STAYED** pending the final resolution of Defendants' pending motion to dismiss [Doc. 14].

    **IT IS SO ORDERED** this 1ST day of February, 2024.

_____
MARK H. COHEN
United States District Judge